No. 33. WILLIAM RABB, PLAINTIFF IN ERROR, v. THE
STATE OF LOUISIANA.  In error to the Supreme Court of
the State of Louisiana.  Submitted for the defendant in
error October 30, 1914.  Decided November 2, 1914.  *Per
Curiam.*  Dismissed for want of jurisdiction, upon the
authority of *Eustis* v. *Bolles*, 150 U. S. 361; *Kansas City
Star Co.* v. *Julian*, 215 U. S. 589; *Adams* v. *Russell*, 229
U. S. 353; *Holden Land Co.* v. *Inter-State Trading Co.*, 233

U. S. 536. No brief filed for the plaintiff in error. *Mr. R. G. Pleasant* for the defendant in error.